UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL USUNOV, and PAUL SPENCER MACKINNON,<br><br>    Defendants. | No. CR-11-0312 SBA<br><br>ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANTS USUNOV AND MACKINNON |

    GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 24, 2012 is hereby rescheduled for February 21, 2012 at 10:00 a.m. for status or change of plea. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 23, 2012 and February 21, 2012 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 23, 2012 and February 21, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is

STIP. REQ. TO CONT. STATUS CONF. & TO EXCLUDE TIME
No. CR-11-0312 SBA

1  hereby ordered that the time between January 23, 2012 and February 21, 2012 shall be excluded
2  from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5  DATED:__1/23/11

*Saundra B Armstrong*
HON.  SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONT. STATUS CONF. & TO EXCLUDE TIME
No. CR-11-0312 SBA