MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0312 SBA |
|    Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **CONTINUE CHANGE OF PLEA** |
| ) | **HEARING FOR DEFENDANT** |
| MICHAEL JORDAN USUNOV, ) | **USUNOV AND TO EXCLUDE TIME** |
| ) | **FROM AUGUST 7, 2012 TO** |
|    Defendant. ) | **SEPTEMBER 11, 2012** |

     Defendant Michael Jordan Usunov was scheduled to plead guilty before this Court on August 21, 2012.  On August 6, 2012, this Court rescheduled sentencing for August 15, 2012.  Unfortunately, government counsel is unavailable on that date.  Accordingly, in order to continue to allow the defense time to review additional discovery and to ensure continuity of government counsel, with the agreement of counsel and defendant Usunov, the undersigned parties now stipulate and ask the Court to find and hold as follows:

     1.  The hearing set for August 15, 2012 is rescheduled to September 11, 2012 at 10:00 a.m for a change of plea.

ORDER CONTINUING HR'G FOR DEF. USUNOV AND EXCLUDING TIME
CR 11-0312 SBA

2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 7, 2012 to September 11, 2012. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to continue to review discovery with the defendant, and would deny the government continuity of counsel.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 7, 2012 to September 11, 2012 outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from August 7, 2012 to September 11, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 7, 2012  
/s/  
DEBORAH G. LEVINE  
Counsel for Michael Jordan Usunov

DATED: August 7, 2012  
/s/  
BRIAN C. LEWIS  
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _8/8/12  
SAUNDRA BROWN ARMSTRONG  
United States District Judge

ORDER CONTINUING HR'G FOR DEF. USUNOV AND EXCLUDING TIME  
CR 11-0312 SBA                     -2-