MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JORDAN USUNOV and<br>PAUL SPENCER MACKINNON,<br><br>    Defendants. | No. CR 11-0312-02 and -03 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING FOR DEFENDANTS USUNOV AND MACKINNON** |

    Defendants Michael Jordan Usunov and Paul Spencer Mackinnon have pleaded guilty pursuant to cooperation plea agreements before this Court in a three-defendant case.  They are currently scheduled to be sentenced on January 29, 2013.  The defendants have not ended their cooperation with the government, and moving forward with sentencing would not be appropriate at this time.  The only remaining defendant who has not pled guilty, Artem Martinov, has a status hearing before the duty magistrate on February 5, 2013.  The probation officer has been consulted about this stipulation and she does not object.  Accordingly, the undersigned parties now stipulate and ask the Court to find and hold as follows:

ORDER CONTINUING SENTENCING FOR USUNOV AND MACKINNON
CR 11-0312 SBA

1. The sentencing hearing set for January 29, 2013, is rescheduled to April 30, 2013 at 10:00 a.m for a sentencing/status hearing.

IT IS SO STIPULATED.

DATED: December 21, 2012

/s/
JOHN RUNFOLA
Counsel for Paul Spencer Mackinnon

DATED: December 21, 2012

/s/
DEBORAH G. LEVINE
Counsel for Michael Jordan Usunov

DATED: December 21, 2012

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/26/12

SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

ORDER CONTINUING SENTENCING FOR USUNOV AND MACKINNON
CR 11-0312 SBA                                    -2-