MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Facsimile: (510) 637-3724
  E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JORDAN USUNOV and <br> PAUL SPENCER MACKINNON, <br><br> Defendants. | No. CR 11-0312-02 and -03 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING FOR DEFENDANTS USUNOV AND MACKINNON** |

Defendants Michael Jordan Usunov and Paul Spencer Mackinnon have pleaded guilty pursuant to cooperation plea agreements before this Court in a three-defendant case. They are currently scheduled to be sentenced on October 29, 2013. The defendants have not ended their cooperation with the government, and moving forward with sentencing would not be appropriate at this time. The only remaining defendant who has not pled guilty, Artem Martinov, has a status hearing before the duty magistrate on October 15, 2013. The probation officer has been consulted about this stipulation and she does not object. Accordingly, the undersigned parties now stipulate and ask the Court to find and hold as follows:

ORDER CONTINUING SENTENCING FOR USUNOV AND MACKINNON
CR 11-0312 SBA

1. The sentencing hearing set for October 29, 2013, is rescheduled to January 28, 2014, at 10:00 a.m for a sentencing/status hearing.

IT IS SO STIPULATED.

DATED: September 23, 2013

/s/
JOHN RUNFOLA
Counsel for Paul Spencer Mackinnon

DATED: September 23, 2013

/s/
DEBORAH G. LEVINE
Counsel for Michael Jordan Usunov

DATED: September 23, 2013

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/23/2013

SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

ORDER CONTINUING SENTENCING FOR USUNOV AND MACKINNON
CR 11-0312 SBA                    -2-